1  UNITED STATES DISTRICT COURT
2  EASTERN DISTRICT OF CALIFORNIA

```
ALLEN RICHARDSON,
                                        No. CV-05-1422-FVS-LJO
              Plaintiff,                No. CV-05-1424-AWI-LJO

         v.                             ORDER

FRESNO COUNTY PUBLIC DEFENDER'S
OFFICE, et al.,

              Defendants.
```

The Court, being fully advised, now therefore,

**IT IS HEREBY ORDERED** that CV-05-1422-FVS-LJO and CV-05-1424-AWI-LJO shall be deemed **RELATED** and are reassigned to **Judge Fred Van Sickle and Magistrate Judge Lawrence J. O'Neill.** The case numbers shall be changed to reflect this reassignment.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel, the pro se Plaintiff, Judge Anthony W. Ishii and Magistrate Judge Lawrence J. O'Neill.

**DATED** this <u>1st</u> day of December, 2005.

                       s/ Fred Van Sickle
                       Fred Van Sickle
                       United States District Judge

ORDER - 1