UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALLEN RICHARDSON,

        Plaintiff,

    v.

FRESNO COUNTY PUBLIC DEFENDER'S OFFICE, et al.,

        Defendants.

No. CV-05-1422-FVS-LJO
No. CV-05-1424-AWI-LJO

**ORDER**

    The Court, being fully advised, now therefore,

    **IT IS HEREBY ORDERED** that CV-05-1422-FVS-LJO and CV-05-1424-AWI-LJO shall be deemed **RELATED** and are reassigned to **Judge Fred Van Sickle and Magistrate Judge Lawrence J. O'Neill.** The case numbers shall be changed to reflect this reassignment.

    **IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel, the pro se Plaintiff, Judge Anthony W. Ishii and Magistrate Judge Lawrence J. O'Neill.

    **DATED** this <u>1st</u> day of December, 2005.

                            s/ Fred Van Sickle
                              Fred Van Sickle
                      United States District Judge

ORDER - 1