# UNITED STATES DISTRICT COURT

|  EASTERN  | **District of** | CALIFORNIA |
|---|---|---|

| | |
|---|---|
| ALLEN RICHARDSON,  | **ORDER ON APPLICATION** |
| Plaintiff | **TO PROCEED WITHOUT** |
|  | **PREPAYMENT OF FEES** |
| V. | |
| T. SILVA, et al., | |
|  | CASE NUMBER: CV F 05-1424 AWI LJO |
| Defendant | |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

☐ The clerk is directed to file the complaint.

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

IT IS SO ORDERED.

**Dated:   December 20, 2005**            /s/ Lawrence J. O'Neill
66h44d                                         UNITED STATES MAGISTRATE JUDGE